**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ANGEL AMANIYAH LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cv-02206-TLP-atc |
| v. | ) | |
| | ) | |
| SYNCHRONY BANK (SYNCB/PPC), | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION TO
DISMISS FOR FAILURE TO PROSECUTE**

Pro se Plaintiff Angel Amaniyah Love sued Defendant Synchrony Bank (SYNCB/PPC) in February 2025 alleging Fair Credit Reporting Act violations.  (ECF No. 2.)  Under Administrative Order No. 2013-05, this Court referred the case to Magistrate Judge Annie T. Christoff to manage all pretrial matters.

Defendant moved to dismiss in April 2026.  (ECF No. 19.)  Plaintiff never responded.  So Judge Christoff ordered Plaintiff to do so by June 3, 2026.  (ECF No. 22.)  But Plaintiff failed again to respond.  So for a second time, Judge Christoff ordered Plaintiff to respond by June 17, 2026.  (ECF No. 23.)  Judge Christoff warned that "[f]ailure to [respond] may result in the case being dismissed for failure to follow the Court's Orders and failure to prosecute.  This is Love's final warning and final opportunity to file her response."  (*Id.*)  Plaintiff never responded.

On July 22, 2026, Judge Christoff issued a Report and Recommendation ("R&R") recommending that the Court dismiss the case without prejudice under Federal Rule of Civil

1

Procedure 41(b) for failure to prosecute.  (ECF No. 15.)  For the reasons below, the Court **ADOPTS** the R&R.

A magistrate judge may submit to a district court judge proposed findings of fact and recommendations for deciding pretrial matters.  28 U.S.C. § 636(b)(1)(A)–(B).  And "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1).  If the parties do not object, the district court reviews the R&R for clear error.  Fed. R. Civ. P. 72(b) advisory committee notes; *see also* 28 U.S.C. § 636(b)(1)(C).  Judge Christoff entered her R&R on December 29, 2025.  (ECF No. 67.)  The R&R notified both parties that they had 14 days to object.  But neither party did so, and the time to object has passed.  The Court therefore reviews the R&R for clear error.

Having reviewed the record, the Court finds no clear error in Judge Christoff's R&R.  In fact, the Court agrees with her thorough analysis.  (*See id.* (weighting Rule 41(b) factors).) Plaintiff failed to respond to Defendant's Motion, two of Judge Christoff's Orders, and the R&R itself.  Judge Christoff gave Plaintiff several warnings and was more than patient here.  The Court therefore agrees with Judge Christoff that Plaintiff's "conduct demonstrates that she has no intention of prosecuting this case."  (*Id.* at PageID 65.)  And so the Court **ADOPTS** the R&R's recommendation and **DISMISSES** this case **WITHOUT PREJUDICE** for failure to prosecute. The Court accordingly **DENIES AS MOOT** Defendant's Motion to Dismiss.

**SO ORDERED**, this 5th day of August, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE